UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                  :
                                          :
                                          :     **ORDER**
v.                                        :
                                          :
                                          :     20 CR 649 (VB)
JORGE ARCE-VILANNO,                       :
            Defendant.                    :
--------------------------------------------------------------x

     **A change of plea hearing in this case is TENTATIVELY scheduled for <u>December 17, 2020, at 3:00 p.m.</u>**, to be conducted by videoconference via Skype for Business (or by telephone conference if videoconferencing is not reasonably available).

     In order for the guilty plea to be conducted remotely, by no later than December 10, 2020, the parties jointly (or either party separately) shall submit a letter containing a proposed finding pursuant to Section 15002(b)(2)(A) of the CARES Act. In addition, defense counsel shall advise the Court in writing whether defendant consents after consultation with counsel to proceed remotely.

     Assuming the Court is able to make the necessary CARES Act findings, it is hereby ORDERED:

     1.    The proceeding will be conducted through Skype for Business. In advance of the conference, Chambers will email all counsel with further information on how to access the conference. Those participating by video will click on the link or calendar invite to be provided by Chambers. Only the Court, the defendant, defense counsel, and counsel for the government will appear by video for the proceeding; all others will participate by telephone. Only one counsel per party may participate by video. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering **Conference ID 746536484#**.

     2.    To optimize use of the Court's videoconferencing technology, all participants appearing by video must:

        a.    Use a web browser other than Microsoft Explorer to access Skype for Business;

        b.    Use hard-wired internet or WiFi. If using WiFi, the device should be positioned as close to the WiFi router as possible to ensure a strong signal. (Weak signals may cause delays or dropped feeds.)

        c.    Minimize the number of others using the same WiFi router during the conference.

3.	If Skype for Business does not work well enough and the Court decides to transition to its teleconference line, counsel and defendant should call **(888) 363-4749 (toll free) or** **(215) 446-3662** and use Access Code **1703567**.  (Members of the press and public may call the same number but will not be permitted to speak during the conference.)

Dated:	December 4, 2020
	White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge