UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :    **AMENDED SCHEDULING**
v.                              :    **ORDER**
                                :
JORGE ARCE-VILANNO,             :    20 CR 649 (VB)
                   Defendant.   :
------------------------------------------------------------x

12/9/20

     The scheduling order in this case issued December 4, 2020 (Doc. #22), is amended to the extent of changing the call-in information for accessing the audio feed of the conference, as follows: Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering **Conference ID 501292758#**.

Dated: December 9, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1