Case 7:20-cr-00649-VB Document 26 Filed 01/11/21 Page 1 of 1

RECEIVED
JAN 11 2021
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

# AIELLO CANNICK

Your rights • Our business

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

January 11, 2021

APPLICATION GRANTED
SO ORDERED:
VB
Vincent L. Briccetti, U.S.D.J.
Dated: 1/11/2021
White Plains, NY

The proposed CARES Act findings are sufficient. The sentencing will proceed by Skype video conference on 2/22/2021 at 3:00 p.m.

**VIA ECF**
Honorable Vincent Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** **United States v. Jorge Arce-Vilanno**
**Case No.: 20-cr-00649-VB**

Dear Judge Briccetti:

We are the attorneys for Jorge Arce-Vilanno. He pleaded guilty before Your Honor on December 17, 2020. He is scheduled to be sentenced by Your Honor on February 22, 2021. Inasmuch as the time he has been incarcerated exceeds the advisory guidelines, further delay of his sentencing would be violative to the interest of justice. Accordingly, we respectfully request that the sentence hearing proceed remotely.

Please know that Mr. Arce-Vilanno has been advised of his rights to be physically present in the courtroom for the proceeding. However, due to the pandemic and the risks associated therewith, Mr. Arce-Vilanno waives his right to be physically present and wishes to proceed remotely via telephone, video or both.

Thank you in advance for your consideration.

Very truly yours,

Deveraux Cannick
Deveraux L. Cannick

DLC/ad